# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

EDWARD "EAGLE HEART" INGLETON,

    Plaintiff,

v.                                            CASE NO. 4:03cv96-RH/WCS

JAMES CROSBY, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 62), and the objections thereto (document 65). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendants' second motion for summary judgment (document 54), as supplemented (document 58), is DENIED. The clerk shall enter judgment stating, "The complaint is dismissed as moot." The clerk shall close the file.

SO ORDERED this 27th day of June, 2005.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge